AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:14-cv-701 (TJM/TWD)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **SUNY Upstate Medical University**
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Shari Perkins** , who is designated by law to accept service of process on behalf of *(name of organization)* **SUNY Upstate Medical University** on *(date)* **7/1/14** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **7/1/2014**

*Server's signature*

**Louis V. Falvo**
*Printed name and title*

**70 Linden Oaks Dr, 3rd Fl, Rochester, NY 14625**
*Server's address*

Additional information regarding attempted service, etc: